# SENTENCING SUMMARY CHART

Sentencing Date: December 16, 2025

USPO ____
AUSA ____
DEF XX

Defendant's Name: CLEMENTE-Jimenez,Alonso
Docket No.: 24-CR-2041-WQH
Defense Attorney: ROSELINE D. FERAL
(619) 301-1191
AUSA: PETERHORN/JOSHUA MELLOR
(619) 546-6795

Guideline Manual Used: NOVEMBER 1, 2025 _

| | |
|---|---|
| **Base Offense Level:** USSG§2D.1.1(c)(2)[Distribution of Methamphetamine ] | 36 |
| Specific Offense Characteristics:USSG§2D1.1(b)(1)[Possession of Firearm] | +2 |
| Victim Related Adjustment: | ______ |
| Adjustment for Role in the Offense: | -4 |
| Adjustment for Obstruction of Justice: | ______ |
| Adjustment for Reckless Endangerment During Flight: | ______ |
| Adjusted Offense Level: | 32 |
| _Combined (Mult. Counts) _Career Off. _Armed Career Crim. | |
| Adjustment for Acceptance of Responsibility: § 3E1.1(b) | -3 |
| **Total Offense Level:** | **29** |
| Criminal History Score: | 0 |
| Criminal History Category: | I |
| __Career Offender __Armed Career Criminal | |
| Guideline Range: | FROM 87 Mths |
| (Range limited by: __minimum mand. __statutory maximum | TO 108 Mths |
| **Departures:** | |
| §3553(a): Expeditious resolution and appellate waiver | -3 |

§3553(a) Factors: Lifelong Collateral Consequences (loss of citizenship);Aberrant Behavior;

Sentencing Entrapment; Employment history; Education; Post offense rehabilitation

**Resulting Guideline Range**: **Adjusted Offense Level 22, Criminal History Category I**

FROM 41 Mths

TO 51 Mths

Recommendation: **46 months (all counts concurrent)**